| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEVADA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **NAVELLIER & ASSOCIATES INC.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 88-0240393 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**1 E. LIBERTY STREET**<br>**SUITE 504**<br>**RENO, NV 89501**<br>Number, Street, City, State & ZIP Code<br><br>**Washoe**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor  **NAVELLIER & ASSOCIATES INC.**              Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [x] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check **all** that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [x] No
- [ ] Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor   **NAVELLIER & ASSOCIATES INC.**                                                     Case number (*if known*)
              Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply*.)
   - [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
   - [ ] It needs to be physically secured or protected from the weather.
   - [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - [ ] Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - [ ] No
   - [ ] Yes.   Insurance agency _____
              Contact name _____
              Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*
- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- [ ] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [✓] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**
- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**
- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [✓] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  **NAVELLIER & ASSOCIATES INC.**    Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 5, 2025**
              MM / DD / YYYY

X **/s/ LOUIS NAVELLIER**                              **LOUIS NAVELLIER**
Signature of authorized representative of debtor       Printed name

Title   **PRESIDENT**

**18. Signature of attorney**

X **/s/ NORMA GUARIGLIA**                              Date **September 5, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**NORMA GUARIGLIA**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone   **775-786-7600**      Email address   **norma@harrislawreno.com**

**16244 NV**
Bar number and State

         -and-

**/s/ SALLIE B. ARMSTRONG**                           Date September 5, 2025

**SALLIE B. ARMSTRONG**

**McDONALD CARANO LLP**
**100 W. LIBERTY STREET, 10TH FLOOR**
**RENO, NV 89501**

**TEL. (775) 788-2000**              Email address   sarmstrong@mcdonaldcarano.com

**Nevada State Bar No. 1243**

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name    **NAVELLIER & ASSOCIATES INC.** | |
| United States Bankruptcy Court for the:    DISTRICT OF NEVADA | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  5, 2025**        X **/s/ LOUIS NAVELLIER**
                                              Signature of individual signing on behalf of debtor

                                              **LOUIS NAVELLIER**
                                              Printed name

                                              **PRESIDENT**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NAVELLIER & ASSOCIATES INC.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CHARLES SCHWAB & CO., INC.** IST TEAM 9 P.O. BOX 982603 EL PASO, TX 79998-2603 | | GOODS/SERVICES | | | | $711.93 |
| **CITY OF PHILADELPHIA DEPT. OF REVENUE** 1401 JFK BLVD. CONCOURSE, TAXPAYER SERVICES PHILADELPHIA, PA 19102 | | 2013 BUSINESS INCOME AND RECEIPTS TAX. PENALTIES, AND INTEREST | Disputed | | | $28,466.18 |
| **DONALD PUTNAM & GRAIL PARTNERS, LLC** C/O WALTON & WALTON LLP L. RICHARD WALTON, ESQ. 13700 MARINA POINTE DR., STE. 920 MARINA DEL REY, CA 90292 | | JUDGMENT FOR ATTORNEY FEES AND COSTS | | | | $328,051.57 |
| **EFAX** C/O J2 CLOUD SERVICES, LLC P.O. BOX 51873 LOS ANGELES, CA 90051 | | GOODS/SERVICES | | | | $100.00 |
| **FEDEX** P.O. BOX 7221 PASASDENA, CA 91109 | | GOODS/SERVICES | | | | $119.65 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **NAVELLIER & ASSOCIATES INC.**                                        Case number *(if known)*
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **FUNK, ROBERT**<br>7-34 BELL BLVD., #5C<br>BAYSIDE, NY 11364 | | **GOODS/SERVICES** | | | | $3,625.53 |
| **IRON MOUNTAIN**<br>P.O. BOX 27128<br>NEW YORK, NY 10087-7128 | | **GOODS/SERVICES** | | | | $1,271.20 |
| **NEW YORK DEPT. OF TAXATION & FINANCE**<br>WA HARRIMAN CAMPUS<br>ALBANY, NY 12227-5290 | | **TAX LIABILITY** | Disputed | | | Unknown |
| **U.S. SECURITIES AND EXCHANGE COMMISSION**<br>C/O MARC J. JONES; JENNIFER A. CARDELLO<br>BOSTON REGIONAL OFFICE<br>33 ARCH STREET<br>BOSTON, MA 02110 | | **JUDGMENT FOR CIVIL PENALTIES, DISGORGEMENT, AND PRE AND POST-JUDGMENT INTEREST.** | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | | | $31,369,890.00 |
| **UNITED PARCEL SERVICE**<br>P.O. BOX 650116<br>DALLAS, TX 75265 | | **GOODS/SERVICES** | | | | $183.88 |
| **ZAYO GROUP**<br>P.O. BOX 734521<br>CHICAGO, IL 60673-4521 | | **GOODS/SERVICES** | | | | $2,051.09 |

# United States Bankruptcy Court
### District of Nevada

In re  **NAVELLIER & ASSOCIATES INC.**　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 5, 2025**　　　　　　　　　**/s/ LOUIS NAVELLIER**
　　　　　　　　　　　　　　　　　　　　　　　**LOUIS NAVELLIER**/**PRESIDENT**
　　　　　　　　　　　　　　　　　　　　　　　Signer/Title

```
NAVELLIER & ASSOCIATES INC.
1 E. LIBERTY STREET
SUITE 504
RENO, NV 89501

NORMA GUARIGLIA
HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
700 E. WARM SPRINGS RD
STE 200
LAS VEGAS, NV 89119

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

CHARLES SCHWAB & CO., INC.
IST TEAM 9
P.O. BOX 982603
EL PASO, TX 79998-2603

CITY OF PHILADELPHIA DEPT. OF REVENUE
Acct No xxxxxx0871
1401 JFK BLVD.
CONCOURSE, TAXPAYER SERVICES
PHILADELPHIA, PA 19102

DONALD PUTNAM & GRAIL PARTNERS, LLC
C/O WALTON & WALTON LLP
L. RICHARD WALTON, ESQ.
13700 MARINA POINTE DR., STE. 920
MARINA DEL REY, CA 90292
```

```
EFAX
C/O J2 CLOUD SERVICES, LLC
P.O. BOX 51873
LOS ANGELES, CA 90051

FEDEX
P.O. BOX 7221
PASASDENA, CA 91109

FUNK, ROBERT
7-34 BELL BLVD., #5C
BAYSIDE, NY 11364

IRON MOUNTAIN
P.O. BOX 27128
NEW YORK, NY 10087-7128

LOUIS G. NAVELLIER
1 E. LIBERTY STREET, STE. 504
RENO, NV 89501

NEW YORK DEPT. OF TAXATION & FINANCE
WA HARRIMAN CAMPUS
ALBANY, NY 12227-5290

SALLIE B. ARMSTRONG
MCDONALD CARANO LLP
100 W. LIBERTY STREET
10TH FLOOR
RENO, NV 89501

SECURITIES AND EXCHANGE COMMISSION
LOS ANGELES REGIONAL OFFICE
444 SOUTH FLOWER STREET, STE. 900
LOS ANGELES, CA 90071

SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GENERAL COUNSEL
OFFICE OF PROGRAM LIT / ATTN: BANKRUPTCY
6401 SECURITY BLVD.
BALTIMORE, MD 21235

U.S. SECURITIES & EXCHANGE COMMISSION
Acct No Civil Case No. 17-cv-11633-DJC
C/O ENTERPRISE SERVICES CENTER
ACCOUNTS RECEIVABLE BRANCH
6500 SOUTH MACARTHUR BLVD.
OKLAHOMA CITY, OK 73169

U.S. SECURITIES AND EXCHANGE COMMISSION
C/O MARC J. JONES; JENNIFER A. CARDELLO
BOSTON REGIONAL OFFICE
33 ARCH STREET
BOSTON, MA 02110
```

```
U.S. SMALL BUSINESS ADMINISTRATION
OFFICE OF GENERAL COUNSEL
312 N. SPRING ST., 5TH FL
LOS ANGELES, CA 90012

UNITED PARCEL SERVICE
P.O. BOX 650116
DALLAS, TX 75265

UNITED STATES ATTORNEY
100 W. LIBERTY STREET
#600
RENO, NV 89501

ZAYO GROUP
P.O. BOX 734521
CHICAGO, IL 60673-4521
```

# United States Bankruptcy Court
### District of Nevada

In re  **NAVELLIER & ASSOCIATES INC.**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **NAVELLIER & ASSOCIATES INC.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 5, 2025**
Date

**/s/ NORMA GUARIGLIA**
**NORMA GUARIGLIA**
Signature of Attorney or Litigant
Counsel for  **NAVELLIER & ASSOCIATES INC.**
**HARRIS LAW PRACTICE LLC**
**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
**775-786-7600 Fax:775-786-7764**
**norma@harrislawreno.com**

**United States Bankruptcy Court**
**District of Nevada**

In re  **NAVELLIER & ASSOCIATES INC.**                               Case No.
                                    Debtor(s)                        Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **LOUIS NAVELLIER**, declare under penalty of perjury that I am the **PRESIDENT** of **NAVELLIER & ASSOCIATES INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **5th** day of **September**, 20**25**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **LOUIS NAVELLIER**, **PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **LOUIS NAVELLIER**, **PRESIDENT** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **LOUIS NAVELLIER**, **PRESIDENT** of this Corporation is authorized and directed to employ the law firms of **HARRIS LAW PRACTICE LLC and McDONALD CARANO LLP** to represent the corporation in such bankruptcy case."

Date  **September  5, 2025**                     Signed  **/s/ LOUIS NAVELLIER**
                                                         **LOUIS NAVELLIER**

Resolution of Board of Directors
of
**NAVELLIER & ASSOCIATES INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **LOUIS NAVELLIER**, **PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **LOUIS NAVELLIER**, **PRESIDENT** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **LOUIS NAVELLIER**, **PRESIDENT** of this Corporation is authorized and directed to employ the law firms of **HARRIS LAW PRACTICE LLC** and **McDONALD CARANO LLP** to represent the corporation in such bankruptcy case.

Date **September 5, 2025**         Signed **/s/ Louis Navellier**
                                          **Louis Navellier**

Date **September 5, 2025**         Signed _____